# U.S. District Court

## California Southern - San Diego

Receipt Date: Apr 30, 2024 8:55AM

Gary Rasheed
5941 Rio Valle Dr.
Bonsall, CA 92003

Rcpt. No: 153102                    Trans. Date: Apr 30, 2024 8:55AM                    Cashier ID: #VM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.