ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7693
 Fax: (916) 324-8835
 E-mail: Kevin.Quade@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY R. SANCHEZ,** | 24-cv-767-RSH-MSB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge: The Honorable Robert S. Huie |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | Action Filed: April 29, 2024 |
| Defendant. | |

**TO THE COURT'S CLERK AND ALL PARTIES OF RECORD:**

Please take notice that Deputy Attorney General Kevin L. Quade of the California Office of the Attorney General represents Defendant Rob Bonta, in his official capacity as Attorney General of California. Mr. Quade's contact information is as follows:

|   |   |
|---|---|
| 1 | Kevin L. Quade |
| 2 | Deputy Attorney General |
| 3 | Office of the Attorney General |
| 4 | 1300 I Street, Suite 125 |
| 5 | Sacramento, CA 94244 |
| 6 | Telephone: 916-210-7693 |
| 7 | Email: Kevin.Quade@doj.ca.gov |

Dated:  May 15, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General

KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

## CERTIFICATE OF SERVICE

Case Name:   **Gary Sanchez v. Rob Bonta**          No.   **24-cv-767-RSH-MSB**

I hereby certify that on May 15, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 15, 2024, at Sacramento, California.

| Kevin Quade | */s/ Kevin L. Quade* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On May 15, 2024, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Gary R. Sanchez
5941 Rio Valle Drive
Bonsall, CA  92003
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 15, 2024, at Sacramento, California.

| K. Lavrushchak | */s/ K. Lavrushchak* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2024900173 / NOA - Cert.docx