ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7693
  Fax:  (916) 324-8835
  E-mail:  Kevin.Quade@doj.ca.gov
*Attorneys for Defendant Attorney General
Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY R. SANCHEZ,**<br><br>                                      Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                                      Defendant. | 24-cv-767-RSH-MSB<br><br>**DEFENDANT'S EX PARTE MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>Courtroom:      3B<br>Judge:            The Honorable<br>                      Robert S. Huie<br><br>Action Filed:    April 29, 2024 |

Pursuant to Local Rule 83.3(g) and Section VII of this Court's Civil Chambers Procedures, Defendant Rob Bonta, in his official capacity as Attorney General of California, respectfully submits an ex parte motion for an order extending the deadline for Defendant's responsive pleading.  Defendant was served with the Complaint on May 2, 2024, and a response to the Complaint is currently due May 23, 2024.  Declaration of Kevin L. Quade (Quade Decl.), ¶ 4.  Defendant requests an extension of this deadline up to and including June 24, 2024.

1    This request is made on the grounds that an extension of Defendant's deadline
2    to file a responsive pleading would afford Defendant sufficient time to fully
3    evaluate the applicable law and prepare a responsive pleading.  Quade Decl., ¶ 5.
4    Although Defendant has determined that a motion to dismiss pursuant to Rule
5    12(b)(6) is warranted, additional time would permit Defendant to formulate the
6    specific arguments that will be made in that motion, marshal the pertinent historical
7    evidence relevant to Plaintiff's claim, draft the motion and related pleadings, have
8    those pleadings reviewed and edited at the various levels within Defendant's
9    executive chain of command, and file those documents by the requested deadline.
10   *Id.*, ¶ 6.  Defendant has not previously sought a continuance of the responsive
11   pleading deadline in this matter.  *Id.*, ¶ 3.

12   This request follows an email exchange between Plaintiff and counsel for
13   Defendant.  On May 13, 2024, counsel for Defendant contacted Plaintiff via email
14   to arrange a telephonic meet and confer on both an extension of the responsive
15   pleading deadline and a potential motion to dismiss.  Quade Decl., ¶ 7, Ex. 1.
16   Plaintiff expressed a willingness to participate in a phone call, so long as the call
17   was recorded and a copy of the recording was provided to him, but stated up front
18   that he would not agree to extension of the filing deadline and would oppose a
19   motion to dismiss.  *Id.*  After counsel for Defendant attempted to arrange a call,
20   Plaintiff reiterated his request to have the call recorded and added that he would not
21   participate in a telephonic meet and confer without being provided a recording of
22   the call.  *Id.*  Because Plaintiff was unwilling to move forward with a call absent
23   recording, and counsel for Defendant was unable to record the proposed call, the
24   parties agreed to finalize their meet and confer via email.  *Id.*  On the responsive
25   pleading deadline, counsel for Defendant explained that, although the decision
26   remained with Plaintiff, it is common that attorneys agree to stipulate to these types
27   of extensions as a matter of professional courtesy.  *Id.*  Plaintiff responded that he
28   wished to move his case forward as quickly as possible and maintained his

unwillingness to agree to a continuance of the deadline.  *Id.*  Given Plaintiff's position, counsel for Defendant explained that Defendant would be filing the instant ex parte motion.  *Id.*  Plaintiff acknowledged and stated that he would prepare and file an opposition.  *Id.*

In light of the foregoing, the accompanying Declaration of Kevin L. Quade, and the pleadings and papers filed in this matter, Defendant respectfully requests an ex parte order extending the current deadline to respond to the Complaint to June 24, 2024.

Given the ex parte status of this request, Defendant provides the following contact information for Plaintiff:

Gary R. Sanchez, pro per
gary.r.sanchez@gmail.com
5941 Rio Valle Dr.
Bonsall, CA 92003
Telephone: (323) 979-2905

Dated:  May 15, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General

KEVIN L. QUADE
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*