1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| GARY R. SANCHEZ, | 24-cv-767-RSH-MSB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING EX PARTE MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | Courtroom: 3B<br>Judge: The Honorable Robert S. Huie |
| Defendant. | Action Filed: April 29, 2024 |

On May 15, 2024, Defendant Rob Bonta, in his official capacity as Attorney General of California, filed an ex parte motion to extend the deadline for Defendant to file a responsive pleading. Defendant requests that the current deadline of May 23, 2024, be extended up to and including June 24, 2024.

///

///

///

1

Defendant's Ex Parte Motion to Extend Responsive Pleading Deadline (24-cv-767-RSH-MSB)

1  The court, having considered the pleadings and supporting materials, hereby
2  GRANTS the ex parte motion and ORDERS that the deadline for Defendant to file
3  a response to the Complaint be extended to June 24, 2024.
4  IT IS SO ORDERED.

6  Dated: _____       _____
                                            HON. ROBERT S. HUIE
7                                           United States District Court