GARY R SANCHEZ
5941 RIO VALLE DR
BONSALL, CA 92003
(323) 979-2905
gary.r.sanchez@gmail.com

FILED
MAY 15 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GARY R SANCHEZ,

    Plaintiff,

vs.

ROB BONTA, in his official capacity as Attorney General of the State of California

    Defendant.

Case No.: 24-cv-767-RSH-MSB

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Plaintiff Gary R Sanchez files this Opposition to Defendant's Ex Parte Application to Extend the Response Deadline.

### DISCUSSION

Attorney for Defendant did not state in their communication with Plaintiff that they were intending to file an Ex Parte application with the court until after Plaintiff had denied their request to file a joint motion to extend the response deadline nor did Attorney for Defendant ask Plaintiff if he objected to the ex parte application (see Local Rules, Civil Rules 83.3(g)(2)). Attorney for Defendant also did not tell Plaintiff when and where the Attorney for Defendant intended to file the ex parte application (Local Rules, Civil Rules 83.3(g)(2)(1)). See email chain (Exhibit A).

Furthermore the Attorneys for Defendant have already done the necessary relevant "legwork" in other cases within the 9th Circuit and the Southern District of California, I give the following as an example (but there are several others): Virginia Duncan v. Rob Bonta, 23-55805, (9th Cir.).

### CONCLUSION

For the reasons stated above, the Defendant's Ex Parte Motion should be denied.

Dated this __ day of May, 2024        By _____
                                          Gary Sanchez

Exhibit A

Re: Sanchez v. Bonta (24-cv-767)

**Subject:** Re: Sanchez v. Bonta (24-cv-767)
**From:** Gary Sanchez <gary.r.sanchez@gmail.com>
**Date:** 5/13/2024, 11:47
**To:** Kevin Quade <Kevin.Quade@doj.ca.gov>
**CC:** Matthew Wise <Matthew.Wise@doj.ca.gov>

Mr Quade,

I will begin preparing my opposition to your ex parte application to extend the response deadline.

I am not receiving ECF emails as I am not enrolled in the application and would need to request permission from the court. I appreciate the courtesy of copies sent to this email, there is no better address for service than what you have listed in your email.

Best
- Gary Sanchez


On Mon, May 13, 2024 at 11:36 AM Kevin Quade <Kevin.Quade@doj.ca.gov> wrote:

> Got it. Thank you for the response.
>
> Since we feel we need some more time to put together our motion, we'll be filing what's called an *ex parte* application to extend the response deadline by 30 days. These are basically requests for the court to do something (here, extend our deadline) when relief is needed without a hearing and on a shorter timeline. I'll note in our application that we've had this email discussion and you oppose the requested extension.
>
> I'm not sure if you are receiving automatic (ECF) emails from the court when documents are filed, but since you seem to check this email pretty regularly, I'll plan to send you courtesy copies of documents we file at this address, in addition to ordinary mail service at your address (5941 Rio Valle Dr, Bonsall, CA 92003). Please let me know if there's a better address for service.
>
> Thank you
>
> Kevin

**From:** Gary Sanchez <gary.r.sanchez@gmail.com>
**Sent:** Monday, May 13, 2024 11:14 AM
**To:** Kevin Quade <Kevin.Quade@doj.ca.gov>
**Subject:** Re: Sanchez v. Bonta (24-cv-767)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Mr Quade,

I am uncomfortable taking the call without a recording so I will respond to your questions below.

On my intent to file an opposition to your motion I have nothing else to add.

On the matter of the extension to respond: I am not an attorney and I wish to move forward with the case as quickly as possible. I do not believe the state will find any additional information that can not be found in the record of other court filings regarding the Second Amendment post-Bruen including any historical analyses.

Best

- Gary Sanchez

On Mon, May 13, 2024 at 10:44 AM Kevin Quade <Kevin.Quade@doj.ca.gov> wrote:

> I understand. We do not record these types of telephonic case conferences and that's not something I'm able to do. If you're uncomfortable taking a call without a recording, we can conference the issues I outlined below via email.

On the motion to dismiss that we intend to file, I understand that you disagree with our view of the case and plan to file an opposition. Is there anything else you wish to add to your comments below?

On the extension of the responsive pleading deadline, I understand that you are unwilling to agree to a 30-day extension. I'll just note that these types of extensions are often agreed to by the attorneys as a matter of courtesy and, while it always remains the ultimate decision of a party as to whether to agree, courts typically appreciate parties extending each other these types of professional courtesies. With that in mind, are you sure I can't convince you to agree to the 30-day extension?

Thank you!

Kevin

---

**From:** Gary Sanchez <gary.r.sanchez@gmail.com>
**Sent:** Monday, May 13, 2024 10:20 AM
**To:** Kevin Quade <Kevin.Quade@doj.ca.gov>
**Cc:** Matthew Wise <Matthew.Wise@doj.ca.gov>
**Subject:** Re: Sanchez v. Bonta (24-cv-767)

> EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Not a problem! We can do 10:45, I have set my phone to block unknown callers so I will need to know the number you are calling from beforehand. That is the best number to reach me, can you confirm that you will be able to provide me with a copy of the call recording? I will not take the call if I do not receive confirmation.

Best

- Gary Sanchez

On Mon, May 13, 2024 at 10:17 AM Kevin Quade <Kevin.Quade@doj.ca.gov> wrote:

Thank you for your quick response. Are you available at 10:45 this morning? I can give you a call. Is the best number to reach you (323) 979-2905?

---

**From:** Gary Sanchez <gary.r.sanchez@gmail.com>
**Sent:** Monday, May 13, 2024 9:29 AM
**To:** Kevin Quade <Kevin.Quade@doj.ca.gov>
**Cc:** Matthew Wise <Matthew.Wise@doj.ca.gov>
**Subject:** Re: Sanchez v. Bonta (24-cv-767)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good morning Mr Quade,

I will let you choose the time for a phone call since you are probably more busy than I am, I only require a copy of the recording for my records. Regarding the extension I will not agree.

In regards to your intent to file a motion to dismiss: The states position is incorrect and I will file an opposition to the states motion.

I look forward to defeating the state in court :)

- Gary Sanchez

On Mon, May 13, 2024 at 9:16 AM Kevin Quade <Kevin.Quade@doj.ca.gov> wrote:

Good morning Mr. Sanchez – I've been assigned to represent Attorney General Bonta in this matter. I'm reaching out to schedule a time for a phone call to discuss a couple of items. In particular, I want discuss whether you would agree to a 30-day extension of the deadline for our response to complaint. That would extend our deadline to June 22, 2024. If you agree, I would draft what's called a "joint motion," which basically just tells the court that the parties have agreed to request that the court extend the deadline.

The other point I want to discuss is what we'll actually be filing in response to your complaint. Our intent is to file a motion to dismiss and the court typically wants the party moving to dismiss to discuss with the plaintiff the grounds for the motion and to get the plaintiff's position on the motion before it is filed. In our view, a motion to dismiss is appropriate here because possession/use of silencers is not covered under the plain text of the Second Amendment and, thus, is not presumptively constitutionally protected activity. In addition, we think that California's ban on silencers fits within the nation's history and tradition of regulation on certain firearms accessories.

Please let me know what time works for a call and we'll plan to connect. Thank you!

Kevin



**KEVIN L. QUADE**

*Deputy Attorney General*

Government Law Section

Office of the Attorney General | Department of Justice | State of California

1300 I Street, Sacramento, California 95814

T. 916.210.7693

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.