5/15/2024

NO 24-CV-767 JAH MSB

**FILED**
MAY 16 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To the clerk of the Court:

On 5/2/2024 the summons was served to defendants location of business by Rancho Attorney Service of California. Because of a mistake in the original summons (plai defendants name and title) the server did not return a signed summons but instead returned a proof of delivery which I have included in this letter. Out of an abundance of caution I served the amended summons to the defendant as well, I have also included that proof of service in this letter. I hope that the date of service reflects the first service (5/2/2024) but if not I understand.

Thank you
— Gary Sanchez, Plaintiff

[signature] 5/15/2024

GARY SANCHEZ
5941 RIO VALLE DR.
BONSALL, CA 92003
(323) 979-2905

COURT: UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF CA.

NO. 24-CV-767 JAH MSB

PROOF OF DELIVERY

GARY R. SANCHEZ
                vs.
ROB BONTA

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action. I delivered the:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF

A copy (or the original, if noted) of the above-listed documents was personally delivered to:

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

by leaving with "JOHN DOE", REFUSED NAME/AUTH. TO ACCEPT,
               PH-M-40-190#-BLK HAIR-GLASSES

(x) by delivery  (x) at business

address: 600 WEST BROADWAY, STE. 1800    SAN DIEGO, CA 92101
on date: 05/02/24        at time: 1:10 PM

Fee for service: $  135.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 05/13/2024

[70717    ]

DANIEL MARIN #3466
[x] Registered Process Server
SAN DIEGO COUNTY

RANCHO ATTORNEY SERVICE OF CALIFORNIA
30650 Rancho California Rd #D406-232
Temecula, CA 92591
(951) 693-0165  #117 Riverside

Proof of Service

AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gary R Sanchez

                  *Plaintiff*

v.

Rob Bonta, in his official capacity as Attorney General of the State of California

                  *Defendant*

Civil Action No. 24cv00767-JAH-MSB

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rob Bonta, in his official capacity as Attorney General of the State of California
Office of the Attorney General
600 West Broadway St, Suite 1800
San Diego, CA 92101-3702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary R Sanchez
5941 Rio Valle Dr
Bonsall, CA
(323) 979-2905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/30/24



John Morrill
*CLERK OF COURT*

S/          G. Vocal
        *Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action                                                                                     (Page 2)

Civil Action No. 24cv00767-JAH-MSB                                   Date Issued:   4/30/24

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Rob Bonta, in his official capacity as Attorney General of the State of California
was received by me on *(date)* 5/9/24

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* "Jane Doe", receptionist , who is designated by law to accept service of process on behalf of *(name of organization)* Rob Bonta, In his Official Capacity General of the State of California   on *(date)* 5/8/24 @ 11:45AM

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* "Jane Doe" is a Hisp-female-20+-5'8"-115#-brn/brn

My fees are $ _____ for travel and $ 139.00 for services, for a total of $ 139.00

I declare under penalty of perjury that this information is true.

Date: 5/10/24                                                                 *Server's Signature*

Mark Fink #1973  San Diego
30650 Rancho California Rd #D406-232
Temecula, CA 92591  #117 Riverside
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.





Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
SAN DIEGO, CA 92101



Gary Sanchez
5941 Rio Valle Dr.
Bonsall, CA 92003