**FILED**
MAY 20 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## CERTIFICATE OF SERVICE

Case Name: **Gary Sanchez v. Rob Bonta**     No. **24-cv-767-RSH-MSB**

I hereby certify that on May 15, 2024, the foregoing document(s) have been mailed to the Defendant by First-Class Mail, postage prepaid to the following participants:

Kevin L. Quade
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Attorney for Defendant Attorney General Rob Bonta

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 15, 2024, at Bonsall, California.

_____Gary Sanchez_____                         _____/s/ Gary Sanchez_____
Declarant for Service by U.S. Mail                                    Signature

Gary Sanchez
5941 Rio Valle Dr.
Bonsall, CA 92003

SAN DIEGO CA 920
16 MAY 2024 PM 2 L

RECEIVED
MAY 01 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

