```
ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7693
 Fax:  (916) 324-8835
 E-mail:  Kevin.Quade@doj.ca.gov
Attorneys for Defendant Attorney General
Rob Bonta
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY R. SANCHEZ,** | 24-cv-767-RSH-MSB |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS (PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT)** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| | Date:          July 29, 2024 |
| Defendant. | Courtroom:   3B |
| | Judge:         The Honorable Robert S. Huie |
| | Trial Date:   n/a |
| | Action Filed: April 29, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on a date to be determined at the discretion of the Court, at the United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Courtroom 3B, 3rd floor, Defendant Attorney General Rob Bonta will and does hereby move to dismiss this action under Federal Rules of Civil

1

Procedure 12(b)(6). This motion is made following good faith attempts by counsel for Defendant to conduct a telephonic conference with Plaintiff, Plaintiff's refusal to participate in the proposed telephonic conference, and the parties' mutual agreement to conference the issues related to this motion via email on May 13, 2024.

This motion seek dismissal of the Complaint against Defendant for failure to state a claim on which relief can be granted on the following grounds:

(1) Firearm silencers, as defined and prohibited by California law, are not covered by the historical definition of "Arms" in the plain text of the Second Amendment, and thus, are not presumptively protected.

(2) Plaintiff has not and cannot allege facts sufficient to state a viable claim that firearm silencers are in common use for self-defense.

(3) Plaintiff has not and cannot allege facts sufficient to state a viable claim that firearm silencers are not dangerous and unusual instruments that may be categorically banned.

(4) California's prohibition on firearm silencers is consistent with this Nation's history and tradition of regulating the use and possession of exceedingly dangerous weapons.

The motion is based upon this Notice and Motion, the Memorandum of Points and Authorities, the pleadings and papers filed herein, and any argument the Court may hear.

| | | |
|---|---|---|
| 1 | Dated: June 24, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>JOHN D. ECHEVERRIA |
| 4 | | Supervising Deputy Attorneys General |
| 5 | | |
| 6 | | KEVIN L. QUADE |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendant Attorney* |
| 8 | | *General Rob Bonta* |