```
ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General
KEVIN L. QUADE
Deputy Attorney General
State Bar No. 285197
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7693
 Fax:  (916) 324-8835
 E-mail:  Kevin.Quade@doj.ca.gov
```
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY R. SANCHEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>　　　　　　　　　　Defendant. | 24-cv-767-RSH-MSB<br><br>**JOINT NOTICE OF THE PARTIES' AVAILABILITY FOR ANY HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　　　July 29, 2024<br>Courtroom:　　3B<br>Judge:　　　　The Honorable Robert S. Huie<br>Trial Date:　　n/a<br>Action Filed:　April 29, 2024 |

Pursuant to section III(B) of the Court's civil standing order, Defendant Rob Bonta, in his official capacity as Attorney General of California, has not noticed a date and time for hearing of the Motion of Dismiss filed on June 24, 2024. *See* ECF No. 11. This joint notice reflects the parties' dates of availability for a hearing

1

between July 29, 2024, and September 30, 2024, if the Court determines that one is necessary:

- Plaintiff is available except between September 2, 2024, and September 13, 2024.
- Counsel for Defendant is available except between July 29, 2024, and August 2, 2024, or between September 24, 2024, and September 26, 2024.

The parties appreciate the Court's consideration of this notice in determining when to schedule a hearing, if necessary.

Dated: June 26, 2024                                         Respectfully submitted,

*/s/ Gary R. Sanchez*
GARY R. SANCHEZ
*In Pro Per*

Dated: June 26, 2024                                         ROB BONTA
Attorney General of California
R. MATTHEW WISE
JOHN D. ECHEVERRIA
Supervising Deputy Attorneys General

KEVIN L. QUADE[1]
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

Case Name:  **Gary Sanchez v. Rob Bonta**       No.  **24-cv-767-RSH-MSB**

I hereby certify that on June 26, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT NOTICE OF THE PARTIES' AVAILABILITY FOR ANY HEARING ON DEFENDANT'S MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 26, 2024, at Sacramento, California.

| Kevin Quade | */s/ Kevin L. Quade* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On June 26, 2024, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Gary R. Sanchez
5941 Rio Valle Drive
Bonsall, CA  92003
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 26, 2024, at Sacramento, California.

| K. Nicholson | */s/ K. Nicholson* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |