# Exhibit A

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Total number of Currently Registered Suppressors, and Currently Registered Short Barreled Rifles, Broken down by State. Data from dates between January 1st 1968 through January 31st 2024

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Gary Sanchez

March 11, 2024  
2024-00802

REFER TO:

Gary Sanchez  
MuckRock News DEPT MR 159388  
263 Huntington Avenue  
Boston, Massachusetts  02115

Dear [Mr./Ms.] Mr. Sanchez:

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated February 26, 2024, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same date, in which you requested records concerning the total number of currently registered suppressors and short barreled rifles.

The records you seek require a search in at least one other office within ATF. Accordingly, your request presents "unusual circumstances" under the FOIA.  See 5 U.S.C. § 552(a)(6)(B)(iii)(I).  Because of these unusual circumstances, we are extending the time limit to respond to your request by ten additional days, as permitted by the statute.  We have not completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any records located.

For your information, this office assigns incoming requests to one of three tracks: simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  Your request was assigned to the Simple track.  It was placed in chronological order based on the date of receipt and will be handled as quickly as possible when it is assigned for processing.  Your request was assigned ATF tracking number 2024-00802.  Please refer to this number in any future communications regarding this request.

Because this Office is not assessing any fees in connection with the processing of FOIA requests at this time, there is no need for us to determine whether your request qualifies for a waiver of fees.

If you have any questions regarding the status of your request, you may contact our FOIA Public Liaison at 202-648-7390.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Ginae E. Barnett

Acting Chief
Information and Privacy Governance Division

04/22/2024 REFER TO:
2024-00802

Gary Sanchez
MuckRock News DEPT MR 159388
263 Huntington Ave
Boston, Massachusetts  02115

Dear Gary Sanchez:

This responds to your Freedom of Information Act (FOIA)/Privacy Act request dated 2/26/2024, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same date, in which you requested records concerning the total number of currently registered suppressors and short barreled rifles. Your request was assigned ATF tracking number 2024-00802.  Please refer to this number in any future correspondence.

In response to your request, we processed a total of 1 pages of responsive material.  Individual redactions identify the exemption pursuant to which the redacted material has been withheld.  Please be advised that we considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaisons, Lynette Carter and Jasmine Bryant, at 202-648-7390 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website:
https://doj-foia.entellitrak.com/etk-doj-foia-prod/login.request.do.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Please use the following link to navigate to your documents. This link will be

available for 365 days.

To retrieve the records associated with this request use this link Released Documents for Request 2024-00802 or enter
https://www.securerelease.us/request-details/20C0E5AC-D8B1-470E-853A-41863DEAA139/2 in your browser's address bar.
(https://www.securerelease.us/request-details/20C0E5AC-D8B1-470E-853A-41863DEAA139/2 )
Please login or create a new user account using the email address associated with your records request: 159388-38713619@requests.muckrock.com

Sincerely,

Elizabeth A. Wood
Acting Chief
Information and Privacy Governance Division

Currently owned SI and SR by state. Weapons marked as Removed or Destroyed are not included.

| Type | State | Count |
|---|---|---|
| SI | AK | 20367 |
| SI | AL | 79936 |
| SI | AR | 47864 |
| SI | AZ | 112837 |
| SI | CA | 18996 |
| SI | CO | 99595 |
| SI | CT | 25227 |
| SI | DE | 1154 |
| SI | FL | 242267 |
| SI | GA | 176931 |
| SI | HI | 461 |
| SI | IA | 35061 |
| SI | ID | 56960 |
| SI | IL | 3930 |
| SI | IN | 85960 |
| SI | KS | 41606 |
| SI | KY | 61078 |
| SI | LA | 67831 |
| SI | MA | 13984 |
| SI | MD | 43851 |
| SI | ME | 14066 |
| SI | MI | 73976 |
| SI | MN | 50832 |
| SI | MO | 65859 |
| SI | MS | 44911 |
| SI | MT | 40706 |
| SI | NC | 110142 |
| SI | ND | 29459 |
| SI | NE | 34195 |
| SI | NH | 43382 |
| SI | NJ | 6362 |
| SI | NM | 28537 |
| SI | NV | 50048 |
| SI | NY | 9354 |
| SI | OH | 92150 |
| SI | OK | 72167 |
| SI | OR | 72580 |
| SI | PA | 116607 |
| SI | RI | 100 |
| SI | SC | 60465 |
| SI | SD | 109738 |
| SI | TN | 91539 |
| SI | TX | 591349 |
| SI | UT | 113560 |
| SI | VA | 113046 |
| SI | VT | 5270 |
| SI | WA | 110735 |
| SI | WI | 62684 |
| SI | WV | 20225 |
| SI | WY | 23825 |
| SR | AK | 4817 |
| SR | AL | 14608 |
| SR | AR | 7704 |
| SR | AZ | 39769 |
| SR | CA | 19146 |
| SR | CO | 23247 |
| SR | CT | 11325 |
| SR | DE | 869 |
| SR | FL | 82987 |
| SR | GA | 36678 |
| SR | HI | 121 |
| SR | IA | 6688 |
| SR | ID | 8938 |
| SR | IL | 5935 |
| SR | IN | 18568 |
| SR | KS | 9089 |
| SR | KY | 10896 |
| SR | LA | 13348 |
| SR | MA | 7938 |
| SR | MD | 12434 |
| SR | ME | 4929 |
| SR | MI | 19078 |
| SR | MN | 12659 |
| SR | MO | 15535 |
| SR | MS | 7622 |
| SR | MT | 4561 |
| SR | NC | 32038 |
| SR | ND | 2953 |
| SR | NE | 5461 |
| SR | NH | 11912 |
| SR | NJ | 5738 |
| SR | NM | 7073 |
| SR | NV | 18786 |
| SR | NY | 8777 |
| SR | OH | 26923 |
| SR | OK | 13908 |
| SR | OR | 17124 |
| SR | PA | 40258 |
| SR | RI | 450 |
| SR | SC | 15071 |
| SR | SD | 2379 |
| SR | TN | 23080 |
| SR | TX | 121171 |
| SR | UT | 14959 |
| SR | VA | 38077 |
| SR | VT | 1602 |
| SR | WA | 32550 |
| SR | WI | 13737 |
| SR | WV | 5377 |
| SR | WY | 3245 |