


PM
BONSALL, CA 92003
JUN 27, 2024

92101

$14.25

R2305K140257-30

RDC 03

9589 0710 5270 0843 2206 00



**MAIL**

FROM: Gary Sanchez
5941 Rio Valle Dr
Bonsall, CA 92003

RECEIVED
JUN 28 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           TO:           DEPUTY

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Clerk of th Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**





PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

