FILED
JUL 0 8 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## CERTIFICATE OF SERVICE

Case Name:  **Gary Sanchez v. Rob Bonta**          No.  **24-cv-767-RSH-MSB**

I hereby certify that on July 4, 2024, the foregoing document(s) have been sent to the Defendant by e-mail:

**PLAINTIFFS OPPOSITION TO MOTION**

Kevin L. Quade
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Attorney for Defendant Attorney General Rob Bonta
Kevin.Quade@doj.ca.gov

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 4, 2024, at Bonsall, California.

_____Gary Sanchez_____                    ____/s/ signature____
Declarant for Service by e-mail                         (Signature)





