

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gary R Sanchez

**Plaintiff,**

V.

Rob Bonta, in his official capacity as Attorney General of the State of California

**Defendant.**

Civil Action No.  24-cv-0767-RSH-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's motion to dismiss. The Complaint is DISMISSED without leave to amend, the case is hereby closed.

Date:     8/28/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Nyamanjiva

S. Nyamanjiva, Deputy