GARY R SANCHEZ
5941 RIO VALLE DR
BONSALL, CA 92003
(323)979-2905
gary.r.sanchez@gmail.com

FILED
Sep 06 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ danielmartinez    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R SANCHEZ<br><br>　　　　Plaintiff,<br>　　vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California<br><br>　　　　Defendant. | Case No.: 3:24-cv-00767-RSH-MSB<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Robert S. Huie<br>Action Filed: 06/24/2024 |

1  **PLEASE TAKE NOTICE** that Plaintiff-Appellant Gary R Sanchez, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order, Dated August 28, 2024, and Judgement entered August 28, 2024 (ECF Nos. 17, 18).

Dated this 4th day of September, 2024

By _____Gary R Sanchez_____

*/s/ Gary Sanchez*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-00767-RSH-MSB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/24/2024

Date of judgment or order you are appealing: 08/28/2024

Docket entry number of judgment or order you are appealing: 17,18

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Gary R Sanchez

Is this a cross-appeal? ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

5941 Rio Valle Dr

City: Bonsall   State: CA   Zip Code: 92003

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: 09/04/2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Gary R Sanchez

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Rob Bonta, in his official capacity as Attorney General of the State of California

Name(s) of counsel (if any):
Kevin L. Quade

Address: 1300 I Street, Suite 125, Sacramento, CA, 94244
Telephone number(s): 916-210-7693
Email(s): Kevin.Quade@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            1                               New 12/01/2018

5441 Ria Valle Dr
Bonsall, CA 92003

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

92101-380620