# U.S. District Court

## California Southern - San Diego

**THIS IS A COPY**

Receipt Date: Sep 11, 2024 10:32AM

Gary Sanchez
6 Seascape
Laguna Niguel, CA 92677

| Rcpt. No: 155945 | | Trans. Date: Sep 11, 2024 10:32AM | | | Cashier ID: #JV |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #3042 | 09/4/2024 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: DCAS324CV000767

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.